UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SANDRA L. LAMBERT,

    Plaintiff,

v.                                        Case No.  5:09-cv-172-Oc-18GRJ

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
_____/

## ORDER

Pending before the Court is the Amended Motion to Lift the Stay Regarding Undersigned Counsel's Motion for Court Approved (Doc. 30) (sic).  (Doc. 38).  The Defendant does not oppose the lifting of the stay.  (Doc. 42).  Upon due consideration, the motion is GRANTED and the stay previously entered (Doc. 36) is LIFTED.

Apparently, the parties have a disagreement over whether Plaintiff's attorney has already been paid a $6,000 fee pursuant to 42 U.S.C. § 406(b)(1).  Now, counsel are directed to confer and notify this Court within 14 days whether this issue has been resolved or if a hearing will be required.  If a hearing is required, the parties should tell the Court whether they intend to present evidence or rely solely upon the arguments and representations of counsel.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida,  on May 4, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel